FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2014 JUL 29 PM 12: 24
CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| BRANDON N. NELSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 314-033 |
| | ) |
| MS. HAMILTON, Unit Manager at | ) |
| Wheeler Correctional Facility, | ) |
| | ) |
| Defendant. | ) |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice, and **CLOSES** this civil action.

SO ORDERED this 29th day of July, 2014, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE